# EXHIBIT 11



**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**LOS ANGELES**

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Gregory Demo

January 4, 2021

212-561-7700
gdemo@pszjlaw.com

**Via E-mail**

James A. Wright III
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111

A. Lee Hogewood III
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, North Carolina 27609

R. Charles Miller
K&L Gates LLP
1601 K Street, NW
Washington DC 200006

Re: *In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj (Bankr. N.D. Tex): **Termination of James Dondero**

Dear Counsel:

As you know, we represent Highland Capital Management, L.P. (the "Debtor"), the debtor-in-possession in the above-captioned bankruptcy case. We understand that your firm represents the following entities: Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, NexPoint Capital, Inc., and certain other unnamed funds managed by Highland Capital Management Fund Advisors, L.P. or NexPoint Advisors, L.P. (collectively, the "Entities").

We write in response to your letter dated December 31, 2020, in which you contend that James Dondero's removal from the

DOCS_NY:41879.4 36027/002



James A. Wright III
A. Lee Hogewood III
R. Charles Miller
January 4, 2021
Page 2

Debtor's office, the Debtor's email service, and certain other services provided by the Debtor could have adverse effects on the Entities and in which you ask the Debtor to reconsider its removal of Mr. Dondero from the Debtor's property.

Your contentions demonstrate a continued fealty to Mr. Dondero that conspicuously ignores the facts. The record clearly establishes that Mr. Dondero has interfered with the Debtor's business, engaged in disruptive behavior, and has interests adverse to the Debtor and its estate. Regrettably, Mr. Dondero has continued down his chosen path despite the imposition of a temporary restraining order against him. Consequently, the Debtor was left with no alternative other than to remove Mr. Dondero from the Debtor's offices and cease providing services to him.

We note that Mr. Dondero did not seek judicial relief, make any of the contentions you have made, or even complain to the Debtor. We also note that (a) no action was taken against the Entities, only against Mr. Dondero, (b) Mr. Dondero was given reasonable notice of his eviction and the termination of the Debtor's services to him, such that he could have and should have made alternative arrangements to avoid any disruption, and (c) nothing prevents Mr. Dondero from continuing to work on behalf of the Entities (as you are likely aware, a substantial portion of the U.S. workforce has worked remotely for almost a year now).

If the Entities believe they have claims against the Debtor for the eviction of Mr. Dondero, they can pursue them, and the Debtor will respond as necessary to protect itself and its estate, including seeking sanctions for the filing of frivolous lawsuits.

The Debtor reserves all rights it may have at law or in equity, including the right to seek reimbursement of legal fees and expenses incurred in seeking sanctions.

Please feel free to contact me with any questions.

Sincerely,

Gregory Demo

DOCS_NY:41879.4 36027/002



James A. Wright III
A. Lee Hogewood III
R. Charles Miller
January 4, 2021
Page 3

Attachment
cc:    Jeffrey Pomerantz, Esq.
       Ira Kharasch, Esq.
       John Morris, Esq.
       D. Michael Lynn, Esq.
       DC Sauter, Esq.