# DAF/CLO Holdco Structure Chart



**EXHIBIT 8**