

**EXHIBIT 9**