# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Plaintiff,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXTPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL INC., AND CLO HOLDCO, LTD.,<br><br>Defendants. | Adv. Pro. No. 21-03000 (SGJ) |

## CERTIFICATE OF SERVICE

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On January 6, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**: and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Declaratory and Injunctive Relief** [Docket No. 1]

- **Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned and/or Controlled by Mr. James Dondero** [Docket No. 2]

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Debtor's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned And/or Controlled by Mr. James Dondero** [Docket No. 3]

- **Declaration of Mr. James P. Seery, Jr. in Support of the Debtor's Motion for a Temporary Restraining Order Against Certain Entities Owned and/or Controlled by Mr. James Dondero** [Docket No. 4]

- **Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned and/or Controlled by Mr. James Dondero** [Docket No. 5]

- **Debtor's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned and/or Controlled by Mr. James Dondero** [Docket No. 6]

- **Declaration of Mr. James P. Seery, Jr. in Support of the Debtor's Motion for a Preliminary Injunction Against Certain Entities Owned and/or Controlled by Mr. James Dondero** [Docket No. 7]

- **Plaintiff's Motion for Expedited Hearing on its Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned And/or Controlled by Mr. James Dondero** [Docket No. 8]

Dated: January 11, 2021

/s/ Vincent Trang
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Affected Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

# EXHIBIT B

**Exhibit B**
Affected Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | Artoush Varshosaz | 1717 Main Street, Suite 2800 | Dallas | TX | 75201 |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | James A. Wright III | 1 Lincoln Street | Boston | MA | 02110 |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | Washington | DC | 20006-1600 |
| Counsel for Highland Capital Management Fund Advisors, L.P., Nexpoint Advisors, L.P., Highland Income Fund, Nextpoint Strategic Opportunities Fund, Nexpoint Capital Inc., and CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | 901 Main Street, Suite 5200 | Dallas | TX | 75242-1699 |