PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT | Adversary Proceeding No.<br><br>21-03000-sgj |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

|  |
|---|
| STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO HOLDCO, LTD., |
| Defendants. |

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that the hearing on *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Certain Entities Owned and/or Controlled by Mr. James Dondero* [Docket No. 9] scheduled for January 13, 2021 at 9:30 a.m. (Central Time) in the above-captioned adversary proceeding has been **CANCELLED**.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 12, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP** <br> Jeffrey N. Pomerantz (CA Bar No. 143717) <br> Ira D. Kharasch (CA Bar No. 109084) <br> John A. Morris (NY Bar No. 266326) <br> Gregory V. Demo (NY Bar No. 5371992) <br> Hayley R. Winograd (NY Bar No. 5612569) <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> Email: jpomerantz@pszjlaw.com <br>       ikharasch@pszjlaw.com <br>       jmorris@pszjlaw.com <br>       gdemo@pszjlaw.com <br>       hwinograd@pszjlaw.com <br><br> -and- <br><br> **HAYWARD PLLC** <br><br> */s/ Zachery Z. Annable* <br> Melissa S. Hayward <br> Texas Bar No. 24044908 <br> MHayward@HaywardFirm.com <br> Zachery Z. Annable <br> Texas Bar No. 24053075 <br> ZAnnable@HaywardFirm.com <br> 10501 N. Central Expy, Ste. 106 <br> Dallas, Texas 75231 <br> Tel: (972) 755-7100 <br> Fax: (972) 755-7110 <br><br> *Counsel for Highland Capital Management, L.P.* |