Joseph M. Coleman (State Bar No. 04566100)
John J. Kane (State Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com

**ATTORNEYS FOR CLO HOLDCO, LTD.**

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | CASE NO. 19-34054-SGJ |
| DEBTOR. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |
| PLAINTIFF, | § § | Adversary Proceeding |
| VS. | § § | No. 21-03000-SGJ |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; NEXPOINT ADVISORS, L.P.; HIGHLAND INCOME FUND; NEXPOINT STRATEGIC OPPORTUNITIES FUND; NEXPOINT CAPITAL, INC.; AND CLO HOLDCO, LTD. | § § § § § § § § | |
| DEFENDANTS. | § | |

## WITNESS AND EXHIBIT LIST

COMES NOW, CLO Holdco, Ltd. ("**CLO Holdco**"), a creditor and party-in-interest in this case, and files this Witness and Exhibit List for the Debtor's preliminary injunction hearing

scheduled on **Wednesday, January 26, 2021, at 9:30 a.m. CST** (the "**Hearing**") in the above-captioned adversary proceeding before the Honorable Stacey G. Jernigan.

## WITNESSES

CLO Holdco may call any of the following witnesses at the Hearing, in person or by proffer:

1. Grant J. Scott, CLO Holdco, Ltd.
2. Any witness called or designated by any other party.
3. Any impeachment or rebuttal witnesses.

## EXHIBITS

CLO Holdco may offer into evidence one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Notices of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtor Pursuant to the Fifth Amended Plan, (II) Cure Amounts, if any, and (III) Related Procedures in Connection Therewith [Dkt. No. 1648] filed December 30, 2020. | | | |
| 2. | Second Notice of (I) Executory Contracts and Unexpired Leases to be Assumed by the Debtor Pursuant to the Fifth Amended Plan, (II) Cure Amounts, if any, and (III) Related Procedures in Connection Therewith [Dkt. No. 1719] filed January 11, 2021 | | | |
| 3. | Letter from Defendants' attorneys to Debtor's attorneys dated December 22, 2020 | | | |
| 4. | Letter from Defendants' attorneys to Debtor's attorneys dated December 23, 2020 | | | |
| 5. | Letter from Debtor's attorneys to Defendants' attorneys in response to December 22, 2020 Letter | | | |
| 6. | Letter from Debtor's attorneys to Defendants' attorneys in response to December 23, 2020 Letter | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 7. | Letter from Defendants' attorneys to Debtor's attorneys dated December 28, 2020 Clarifying Defendants' positions | | | |
| 8. | CLO Holdco Organizational Chart | | | |
| 9. | CLO Holdco / DAF / HCLOF Organizational Chart | | | |
| 10. | CLO Holdco, Ltd. Debtor Managed CLO NAV Summary [CONFIDENTIAL] | | | |
| 11. | Deposition Transcript; Deposition of James Seery Dated January 20, 2020, page 107 ¶ 21 through page 110 ¶ 21 | | | |
| 12. | Second Amended and Restated Service Agreement – DAF/CLO Holdco | | | |
| 13. | Second Amended and Restated Advisory Agreement – DAF/CLO Holdco | | | |
| 14. | Debtor's Notice of Termination of Service Agreement | | | |
| 15. | Debtor's Notice of Termination of Advisory Agreement | | | |
| 16. | Aberdeen Loan Funding, Ltd. Servicing Agreement [CONFIDENTIAL] | | | |
| 17. | Brentwood CLO Ltd. Servicing Agreement [CONFIDENTIAL] | | | |
| 18. | Grayson CLO Ltd. Servicing Agreement and Amendment to Servicing Agreement [CONFIDENTIAL] | | | |
| 19. | Liberty CLO, Ltd. Portfolio Management Agreement [CONFIDENTIAL] | | | |
| 20. | Red River CLO Ltd. Servicing Agreement and Amendment to Servicing Agreement [CONFIDENTIAL] | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 21. | Rockwall CDO Ltd. Servicing Agreement [CONFIDENTIAL] | | | |
| 22. | Valhalla CLO, Ltd. Reference Portfolio Management Agreement [CONFIDENTIAL] | | | |
| 23. | Westchester CLO, Ltd. Servicing Agreement [CONFIDENTIAL] | | | |
| 24. | Exhibits Listed on any other Defendants' Witness and Exhibit List | | | |
| | | | | |
| | | | | |

CLO reserves the right to: (i) use any exhibits presented by any other party; (ii) use any exhibits not listed herein for impeachment and rebuttal purposes; (iii) limit any exhibits to redacted form; and (iv) supplement and/or amend this Witness and Exhibit List at any time prior to the Hearing.

DATED: January 22, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: _/s/John J. Kane_
    **Joseph M. Coleman**
    State Bar No. 0456610
    **John J. Kane**
    State Bar No. 24066794

Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jkane@krcl.com; ecf@krcl.com

**ATTORNEYS FOR CLO HOLDCO, LTD.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, a true and correct copy of the foregoing *Witness and Exhibit List* was served via the Court's electronic case filing (ECF) system upon all parties receiving such service in this bankruptcy case.  Copies of CLO Holdco's proposed Exhibits were provided to the Court, counsel for the Debtor, and counsel for the other Defendants.

    */s/ John J. Kane*
    John J. Kane