# CLO EXHIBIT 8



**DAF/CLO Holdco Structure Chart**

**EXHIBIT 8**