# CLO EXHIBIT 9

