# CLO EXHIBIT 10

CLO Holdco, Ltd. Debtor Managed CLO NAV Summary
[CONFIDENTIAL]

*[Filed Under Seal Pursuant to Agreed Protective Order – Docket No. 382]*