# CLO EXHIBIT 17

Brentwood CLO Ltd. Servicing Agreement
[CONFIDENTIAL]

*[Filed Under Seal Pursuant to Agreed Protective Order – Docket No. 382]*