# CLO EXHIBIT 19

Liberty CLO, Ltd. Portfolio Management Agreement
[CONFIDENTIAL]

*[Filed Under Seal Pursuant to Agreed Protective Order – Docket No. 382]*