# CLO EXHIBIT 20

Red River CLO Ltd. Servicing Agreement and Amendment to Servicing Agreement [CONFIDENTIAL]

*[Filed Under Seal Pursuant to Agreed Protective Order – Docket No. 382]*