# CLO EXHIBIT 22

Valhalla CLO, Ltd. Reference Portfolio Management Agreement [CONFIDENTIAL]

*[Filed Under Seal Pursuant to Agreed Protective Order – Docket No. 382]*