

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 25, 2021**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Debtor. | § Chapter 11<br>§<br>§ Case No. 19-34054-sgj11<br>§<br>§ |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO HOLDCO, LTD,<br><br>Defendants. | § Adversary Proceeding No.<br>§<br>§ 21-03000-sgj<br>§<br>§ **ORDER GRANTING MOTION**<br>§ **FOR AUTHORITY TO FILE**<br>§ **EXHIBITS UNDER SEAL**<br>§ |

## ORDER GRANTING MOTION FOR AUTHORITY TO
## FILE EXHIBITS UNDER SEAL

CAME ON FOR CONSIDERATION the *Motion for Authority to File Documents Under Seal* (the "Motion"), filed by Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. (collectively, the "Defendants"). Having considered the relief requested in the Motion, and finding good cause to grant such relief, it is hereby:

ORDERED that the Motion is GRANTED, and the Defendants are authorized to file the Confidential Exhibits (as defined in the Motion) under seal.

### End of Order ###

Submitted by:

MUNSCH HARDT KOPF & HARR, P.C.

/s/  *Julian P. Vasek*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas  75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
jvasek@munsch.com

*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.*