| | |
|---|---|
| K&L GATES LLP<br>Artoush Varshosaz (TX Bar No. 24066234)<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 939-5659<br>artoush.varshosaz@klgates.com<br><br>Stephen G. Topetzes (*pro hac vice*)<br>1601 K Street, NW<br>Washington, DC 20006-1600<br>Tel: (202) 778-9328<br>stephen.topetzes@klgates.com<br><br>A. Lee Hogewood, III (*pro hac vice*)<br>4350 Lassiter at North Hills Ave., Suite 300<br>Raleigh, NC 27609<br>Tel: (919) 743-7306<br>Lee.hogewood@klgates.com<br><br>*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.* | Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Julian P. Vasek, Esq.<br>Texas Bar No. 24070790<br>MUNSCH HARDT KOPF & HARR, P.C.<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75202-2790<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4375<br><br>*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.* |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03000 (SGJ11) |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO HOLDCO, LTD, | ) ) ) ) ) ) ) | |

  Defendants.         )
                    )

## AMENDED WITNESS AND EXHIBIT LIST OF HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, AND NEXPOINT CAPITAL, INC.

Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. (together, the "**Advisors**"), and Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. (together, the "**Funds**"), hereby file this Witness and Exhibit List for the hearing to consider *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Against Certain Entities Owned and/or Controlled by Mr. James Dondero* [Dkt. No. 5] and the Funds and Advisors' objection thereto [Dkt. No. 31] in the above-captioned adversary proceeding.

I.   **Documents that the Funds and Advisors May Use as Exhibits:**

| Letter | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | CLO Note Repayment Status | | |
| 2 | Holdings of Preference Shares in CLOs | | |
| 3 | Highland Capital Management Fund Advisors, L.P. CLOs Review | | |
| 4 | Aberdeen Loan Funding Offering Memorandum dated March 27, 2008 | | |
| 5 | Aberdeen Loan Funding Indenture dated as of March 27, 2008 | | |
| 6 | Aberdeen loan Funding Supplemental Indenture No. 1 dated as of September 11, 2008 | | |

308833462.1

| | | | |
|---|---|---|---|
| 7 | Aberdeen Loan Funding Preference Shares Paying Agency Agreement dated as of March 27, 2008 | | |
| 8 | Aberdeen Loan Funding Servicing Agreement dated as of March 27, 2008 | | |
| 9 | Brentwood CLO Offering Memorandum dated December 18, 2006 | | |
| 10 | Brentwood CLO Indenture dated as of December 21, 2006 | | |
| 11 | Brentwood CLO Preference Shares Paying Agency Agreement dated as of December 21, 2006 | | |
| 12 | Brentwood CLO Servicing Agreement dated as of December 21, 2006 | | |
| 13 | Eastland CLO Offering Memorandum dated March 9, 2007 | | |
| 14 | Eastland CLO Indenture dated as of March 13, 2007 | | |
| 15 | Eastland CLO Preference Shares Paying Agency Agreement dated as of March 13 2007 | | |
| 16 | Eastland CLO Servicing Agreement dated as of March 13, 2007 | | |
| 17 | Gleneagles CLO Offering Memorandum dated October 7, 2005 | | |
| 18 | Gleneagles CLO Indenture dated as of October 13, 2005 | | |
| 19 | Gleneagles CLO Portfolio Management Agreement dated as of October 13, 2005 | | |
| 20 | Gleneagles CLO Preference Shares Paying Agency Agreement dated as of October 13, 2005 | | |
| 21 | Grayson CLO Offering Memorandum dated November 28, 2006 | | |
| 22 | Grayson CLO Indenture dated as of November 30, 2006 | | |
| 23 | Grayson CLO Preference Shares Paying Agency Agreement dated as of November 30, 2006 | | |

| | | | |
|---|---|---|---|
| 24 | Grayson CLO Servicing Agreement dated as of November 30, 2006 | | |
| 25 | Grayson CLO Amendment No. 1 to Servicing Agreement dated as of October 2, 2007 | | |
| 26 | Greenbriar CLO Indenture dated as of December 20, 2007 | | |
| 27 | Greenbriar CLO Preference Shares Paying Agency Agreement dated as of December 20, 2007 | | |
| 28 | Greenbriar CLO Servicing Agreement dated as of December 20, 2007 | | |
| 29 | Jasper CLO Offering Memorandum dated June 27, 2005 | | |
| 30 | Jasper CLO Amended and Restated Portfolio Management Agreement dated as of November 30, 2005 | | |
| 31 | Jasper CLO Indenture dated as of June 29, 2005 | | |
| 32 | Jasper CLO Preference Shares Paying Agency Agreement dated as of June 29, 2005 | | |
| 33 | Liberty CLO Offering Memorandum dated December 7, 2005 | | |
| 34 | Liberty CLO Indenture dated as of December 8, 2005 | | |
| 35 | Liberty CLO Class E Certificate Paying Agency Agreement dated as of December 8, 2005 | | |
| 36 | Liberty CLO Portfolio Management Agreement dated as of December 8, 2005 | | |
| 37 | Red River CLO Offering Memorandum dated July 31, 2006 | | |
| 38 | Red River CLO Indenture dated as of August 3, 2006 | | |
| 39 | Red River CLO Amendment No. 1 to Indenture dated as of October 2, 2007 | | |
| 40 | Red River CLO Preference Shares Paying Agency Agreement dated as of August 3, 2006 | | |

308833462.1

| | | | |
|---|---|---|---|
| 41 | Red River CLO Servicing Agreement dated as of August 3, 2006 | | |
| 42 | Red River CLO Amendment No. 1 to Servicing Agreement dated as of October 2, 2007 | | |
| 43 | Rockwall CDO Offering Circular (Notes) dated May 8, 2006 | | |
| 44 | Rockwall CDO Offering Circular (Preferred Share) dated May 8, 2006 | | |
| 45 | Rockwall CDO Indenture dated as of May 10, 2006 | | |
| 46 | Rockwall CDO Amendment No. 1 to Indenture dated as of October 2, 2007 | | |
| 47 | Rockwall CDO Shares Paying and Agency Agreement dated as of May 10, 2006 | | |
| 48 | Rockwall CDO Servicing Agreement dated as of May 10, 2006 | | |
| 49 | Rockwall CDO Amendment No. 1 to Servicing Agreement dated as of October 2, 2007 | | |
| 50 | Rockwall CDO II Offering Circular (Notes) dated May 8, 2007 | | |
| 51 | Rockwall CDO II Offering Circular (Preferred Share) dated May 8, 2007 | | |
| 52 | Rockwall CDO II Indenture dated as of May 9, 2007 | | |
| 53 | Rockwall CDO II Shares Paying and Agency Agreement dated as of May 9, 2007 | | |
| 54 | Rockwall CDO II Servicing Agreement dated as of May 9, 2007 | | |
| 55 | Southfork CLO Offering Circular dated March 9, 2005 | | |
| 56 | Southfork CLO Indenture dated as of March 15, 2005 | | |
| 57 | Southfork CLO Portfolio Management Agreement dated as of March 15, 2005 | | |

| | | | |
|---|---|---|---|
| 58 | Southfork CLO Preference Shares Paying Agency Agreement dated as of March 15, 2005 | | |
| 59 | Stratford CLO Offering Memorandum dated October 22, 2007 | | |
| 60 | Stratford CLO Indenture dated as of October 25, 2007 | | |
| 61 | Stratford CLO Preference Shares Paying and Agency Agreement dated as of October 25, 2007 | | |
| 62 | Stratford CLO Servicing Agreement dated as of October 25, 2007 | | |
| 63 | Valhalla CLO Offering Circular dated August 17, 2004 | | |
| 64 | Valhalla CLO Indenture dated as of August 18, 2004 | | |
| 65 | Valhalla CLO Supplemental Indenture dated as of July 25, 2016 | | |
| 66 | Valhalla CLO Reference Portfolio Management Agreement dated as of August 1, 2016 | | |
| 67 | Westchester CLO Offering Memorandum dated May 30, 2007 | | |
| 68 | Westchester CLO Indenture dated as of May 31, 2007 | | |
| 69 | Westchester CLO Preference Shares Paying Agency Agreement dated as of May 31, 2007 | | |
| 70 | Westchester CLO Servicing Agreement dated as of May 31, 2007 | | |
| 71 | NexPoint Strategic Opportunities Fund, Form DEF-14A, Proxy Statement, filed July 10, 2020 | | |
| 72 | NexPoint Capital, Inc., Form 497 Prospectus Supplement, dated March 14, 2018 | | |
| 73 | NexPoint Capital, Inc. Form DEF-14A Proxy Statement, dated April 24, 2019 | | |
| 74 | Highland Income Fund, Form 497 Prospectus Supplement, dated July 29, 2019 | | |

| | | | |
|---|---|---|---|
| 75 | Greenbriar CLO, Offering Memorandum dated December 18, 2007 | | |
| 76 | [CONFIDENTIAL] Policy Regarding Portfolio Management | | |
| 77 | [CONFIDENTIAL] Employee Compliance Training | | |
| 78 | [CONFIDENTIAL] E-mail correspondence dated December 22, 2020 from Jason Post to Thomas Surgent and Joe Sowin | | |
| 79 | [CONFIDENTIAL] AVYA Trade Report | | |
| 80 | [CONFIDENTIAL] SKY Trade Report | | |
| 81 | [CONFIDENTIAL] Grayson CLO Ltd. Monthly Report as of December 31, 2020 | | |
| 82 | Defendants' December 22, 2020 Letter | | |
| 83 | Defendants' December 23, 2020 Letter | | |
| 84 | Defendants' December 28, 2020 Letter | | |
| 85 | Defendants' December 31, 2020 Letter | | |
| 86 | All exhibits identified or offered by any other party for purposes of the hearing | | |
| 87 | All exhibits necessary for impeachment and/or rebuttal purposes | | |

The Funds and Advisors reserve the right to supplement this Exhibit List, and reserve the right to rely upon any Exhibits included on the Witness and Exhibit List of any other party.

**II.     Witnesses that the Funds and Advisors May Call to Testify:**

1. Jason Post

2. Any witness identified or called by any other party

7

  3. Any witness necessary for impeachment and/or rebuttal

The Funds and Advisors reserve the right to supplement this Witness List, and reserve the right to call any Witnesses included on the Witness and Exhibit List of any other party.

Dated:  January 25, 2021

              **K&L GATES LLP**

            By: /s/ A. Lee Hogewood, III
              A. Lee Hogewood, III (*pro hac vice*)
              4350 Lassiter at North Hills Ave., Suite 300
              Raleigh, NC 27609
              Tel: (919) 743-7306
              Lee.hogewood@klgates.com

              Artoush Varshosaz (TX Bar No. 24066234)
              1717 Main Street, Suite 2800
              Dallas, TX 75201
              Tel: (214) 939-5659
              artoush.varshosaz@klgates.com

              Stephen G. Topetzes (*pro hac vice*)
              1601 K Street, NW
              Washington, DC 20006-1600
              Tel: (202) 778-9328
              stephen.topetzes@klgates.com

              - and -

              MUNSCH HARDT KOPF & HARR, P.C.

              Davor Rukavina, Esq.
              Texas Bar No. 24030781
              Julian P. Vasek, Esq.
              Texas Bar No. 24070790
              3800 Ross Tower
              500 N. Akard Street
              Dallas, Texas  75201-6659
              Telephone: (214) 855-7500
              Facsimile: (214) 855-7584
              Email:  drukavina@munsch.com

              *Counsel for Highland Capital Management*
              *Fund Advisors, L.P., NexPoint Advisors, L.P.,*
              *Highland Income Fund, NexPoint Strategic*
              *Opportunities Fund, and NexPoint Capital, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2021, I caused the foregoing document to be served via first class United States mail, postage prepaid and/or electronic email through the Court's CM/ECF system to the parties that consented to such service.

Dated: January 25, 2021

                                                */s/ A. Lee Hogewood, III*
                                                A. Lee Hogewood, III