# EXHIBIT BBBBB

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/31/2019 | 13.45 | 13.72 | 13.4 | 13.5 | 13.5 | 3661600 |
| 1/2/2020 | 13.63 | 13.65 | 12.99 | 13.03 | 13.03 | 2549500 |
| 1/3/2020 | 12.85 | 13.02 | 12.49 | 12.52 | 12.52 | 1999900 |
| 1/6/2020 | 12.35 | 12.556 | 12.145 | 12.16 | 12.16 | 2574800 |
| 1/7/2020 | 12.06 | 12.35 | 11.99 | 12.12 | 12.12 | 1942000 |
| 1/8/2020 | 12.08 | 12.25 | 11.94 | 12.14 | 12.14 | 2112700 |
| 1/9/2020 | 12.23 | 12.67 | 12.18 | 12.54 | 12.54 | 1823300 |
| 1/10/2020 | 12.59 | 12.599 | 12.22 | 12.47 | 12.47 | 2200300 |
| 1/13/2020 | 12.4 | 12.57 | 12.14 | 12.25 | 12.25 | 1556800 |
| 1/14/2020 | 12.21 | 12.33 | 12.1 | 12.15 | 12.15 | 1373700 |
| 1/15/2020 | 12.1 | 12.748 | 12.1 | 12.58 | 12.58 | 2926100 |
| 1/16/2020 | 12.69 | 13.2 | 12.69 | 12.97 | 12.97 | 3957400 |
| 1/17/2020 | 13.1 | 13.16 | 12.76 | 12.97 | 12.97 | 2038800 |
| 1/21/2020 | 13.7 | 13.97 | 13.49 | 13.86 | 13.86 | 7349000 |
| 1/22/2020 | 13.95 | 14.33 | 13.821 | 14 | 14 | 4245000 |
| 1/23/2020 | 13.93 | 14.37 | 13.71 | 14.27 | 14.27 | 4924300 |
| 1/24/2020 | 14.5 | 14.55 | 13.842 | 14.11 | 14.11 | 2677400 |
| 1/27/2020 | 13.65 | 13.8 | 13.325 | 13.57 | 13.57 | 2993700 |
| 1/28/2020 | 13.65 | 14.11 | 13.65 | 13.81 | 13.81 | 1376300 |
| 1/29/2020 | 13.89 | 13.96 | 13.3 | 13.38 | 13.38 | 1673200 |
| 1/30/2020 | 13.25 | 13.51 | 13.02 | 13.3 | 13.3 | 2093000 |
| 1/31/2020 | 13.14 | 13.14 | 12.595 | 12.77 | 12.77 | 3313600 |
| 2/3/2020 | 12.75 | 12.9 | 12.68 | 12.82 | 12.82 | 2338400 |
| 2/4/2020 | 13.02 | 13.52 | 13.02 | 13.24 | 13.24 | 2666100 |
| 2/5/2020 | 13.48 | 13.48 | 12.93 | 13.05 | 13.05 | 1466600 |
| 2/6/2020 | 13.11 | 13.15 | 12.68 | 12.69 | 12.69 | 2199200 |
| 2/7/2020 | 12.51 | 12.515 | 12.06 | 12.18 | 12.18 | 5019500 |
| 2/10/2020 | 12.65 | 13.05 | 11.85 | 12.86 | 12.86 | 7154400 |
| 2/11/2020 | 12.98 | 13.1 | 12.45 | 12.88 | 12.88 | 2873700 |
| 2/12/2020 | 12.82 | 13.54 | 12.75 | 13.37 | 13.37 | 3234300 |
| 2/13/2020 | 13.21 | 13.56 | 13.115 | 13.53 | 13.53 | 2271300 |
| 2/14/2020 | 13.56 | 13.78 | 13.21 | 13.4 | 13.4 | 1895100 |
| 2/18/2020 | 13.33 | 13.815 | 13.33 | 13.61 | 13.61 | 1788000 |
| 2/19/2020 | 13.57 | 14.17 | 13.57 | 14.1 | 14.1 | 1970000 |
| 2/20/2020 | 14.02 | 14.59 | 14.015 | 14.55 | 14.55 | 2944400 |
| 2/21/2020 | 14.43 | 14.47 | 14.18 | 14.24 | 14.24 | 2154400 |
| 2/24/2020 | 13.56 | 13.93 | 13.43 | 13.73 | 13.73 | 1697700 |
| 2/25/2020 | 13.79 | 13.81 | 13.14 | 13.26 | 13.26 | 1849100 |
| 2/26/2020 | 13.33 | 13.73 | 12.97 | 13.02 | 13.02 | 2202300 |
| 2/27/2020 | 12.46 | 13.11 | 12.26 | 12.27 | 12.27 | 2795500 |
| 2/28/2020 | 11.75 | 12.98 | 11.73 | 12.96 | 12.96 | 2866100 |
| 3/2/2020 | 13.08 | 13.5 | 12.71 | 13.49 | 13.49 | 2534500 |
| 3/3/2020 | 13.56 | 13.61 | 12.78 | 13.24 | 13.24 | 2877200 |

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/4/2020 | 13.46 | 13.52 | 13.03 | 13.38 | 13.38 | 1823800 |
| 3/5/2020 | 13.24 | 13.6 | 12.25 | 12.39 | 12.39 | 3240500 |
| 3/6/2020 | 11.88 | 12.48 | 11.66 | 12.01 | 12.01 | 2549500 |
| 3/9/2020 | 10.9 | 10.9 | 9.23 | 9.26 | 9.26 | 4871700 |
| 3/10/2020 | 9.66 | 9.75 | 8.67 | 9.69 | 9.69 | 5385800 |
| 3/11/2020 | 9.49 | 9.76 | 8.09 | 8.44 | 8.44 | 4631000 |
| 3/12/2020 | 7.75 | 7.84 | 6.13 | 7.09 | 7.09 | 6508200 |
| 3/13/2020 | 7.87 | 9.9 | 6.97 | 9.87 | 9.87 | 9379700 |
| 3/16/2020 | 8.4 | 8.84 | 7.27 | 8.1 | 8.1 | 5881000 |
| 3/17/2020 | 8.23 | 8.677 | 7.55 | 8.61 | 8.61 | 4843600 |
| 3/18/2020 | 7.88 | 9.43 | 7.51 | 7.79 | 7.79 | 4165200 |
| 3/19/2020 | 7.71 | 9.06 | 7.65 | 8.35 | 8.35 | 3498900 |
| 3/20/2020 | 8.5 | 9.08 | 7.79 | 8.15 | 8.15 | 6448300 |
| 3/23/2020 | 8.22 | 8.95 | 7.51 | 8.85 | 8.85 | 4039600 |
| 3/24/2020 | 9.42 | 9.8 | 9.04 | 9.5 | 9.5 | 3386700 |
| 3/25/2020 | 9.4 | 9.61 | 8.495 | 8.83 | 8.83 | 2748100 |
| 3/26/2020 | 8.92 | 9.235 | 8.46 | 9.07 | 9.07 | 1974200 |
| 3/27/2020 | 8.66 | 9.03 | 8.365 | 8.92 | 8.92 | 3067700 |
| 3/30/2020 | 9.03 | 9.03 | 8.01 | 8.67 | 8.67 | 2514900 |
| 3/31/2020 | 8.57 | 8.95 | 7.95 | 8.09 | 8.09 | 2422100 |
| 4/1/2020 | 7.85 | 7.85 | 6.5 | 6.59 | 6.59 | 3716700 |
| 4/2/2020 | 6.37 | 7.19 | 6.27 | 6.98 | 6.98 | 2777500 |
| 4/3/2020 | 7.02 | 7.22 | 6.265 | 6.78 | 6.78 | 2414200 |
| 4/6/2020 | 7.2 | 7.83 | 7.2 | 7.62 | 7.62 | 2248300 |
| 4/7/2020 | 8.06 | 8.38 | 7.41 | 7.57 | 7.57 | 2226400 |
| 4/8/2020 | 7.69 | 8.705 | 7.601 | 8.64 | 8.64 | 2334700 |
| 4/9/2020 | 9.11 | 9.98 | 9.07 | 9.52 | 9.52 | 5278000 |
| 4/13/2020 | 9.46 | 9.48 | 8.97 | 9.32 | 9.32 | 1588800 |
| 4/14/2020 | 9.54 | 9.78 | 9.05 | 9.08 | 9.08 | 1425200 |
| 4/15/2020 | 8.67 | 8.855 | 8.28 | 8.73 | 8.73 | 1825600 |
| 4/16/2020 | 8.74 | 8.84 | 7.9 | 8.25 | 8.25 | 2946700 |
| 4/17/2020 | 8.56 | 8.95 | 8.43 | 8.76 | 8.76 | 2216600 |
| 4/20/2020 | 8.44 | 8.81 | 8.07 | 8.3 | 8.3 | 2052400 |
| 4/21/2020 | 7.91 | 8.47 | 7.91 | 8.1 | 8.1 | 1806600 |
| 4/22/2020 | 8.35 | 8.62 | 8.22 | 8.43 | 8.43 | 1205300 |
| 4/23/2020 | 9.04 | 9.19 | 8.43 | 8.66 | 8.66 | 1991900 |
| 4/24/2020 | 8.72 | 9.11 | 8.72 | 9.01 | 9.01 | 1324300 |
| 4/27/2020 | 9.1 | 9.43 | 9.02 | 9.24 | 9.24 | 1187900 |
| 4/28/2020 | 9.52 | 9.73 | 9.14 | 9.47 | 9.47 | 1424400 |
| 4/29/2020 | 9.8 | 10.25 | 9.73 | 10.15 | 10.15 | 2255700 |
| 4/30/2020 | 10.03 | 10.25 | 9.64 | 9.94 | 9.94 | 1383000 |
| 5/1/2020 | 9.36 | 9.64 | 8.95 | 9.22 | 9.22 | 1588200 |
| 5/4/2020 | 9 | 9.16 | 8.59 | 9.15 | 9.15 | 1146400 |

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/5/2020 | 9.43 | 9.72 | 9.29 | 9.63 | 9.63 | 1385000 |
| 5/6/2020 | 9.67 | 9.94 | 9.47 | 9.89 | 9.89 | 1397800 |
| 5/7/2020 | 10 | 10.115 | 9.79 | 10 | 10 | 1923700 |
| 5/8/2020 | 10.21 | 10.71 | 10.01 | 10.47 | 10.47 | 2132900 |
| 5/11/2020 | 11.52 | 13.685 | 11.52 | 12.75 | 12.75 | 11571400 |
| 5/12/2020 | 12.9 | 13.93 | 12.355 | 12.95 | 12.95 | 4633800 |
| 5/13/2020 | 12.7 | 13.03 | 12.4 | 12.97 | 12.97 | 2791800 |
| 5/14/2020 | 12.5 | 12.97 | 11.93 | 12.96 | 12.96 | 2170900 |
| 5/15/2020 | 12.84 | 13.46 | 12.73 | 13.2 | 13.2 | 2462600 |
| 5/18/2020 | 13.7 | 14.13 | 13.66 | 13.87 | 13.87 | 2734500 |
| 5/19/2020 | 14 | 14.64 | 13.835 | 14.14 | 14.14 | 2828900 |
| 5/20/2020 | 14.45 | 15.07 | 14.17 | 14.27 | 14.27 | 3432800 |
| 5/21/2020 | 14.27 | 14.74 | 14.16 | 14.59 | 14.59 | 1342700 |
| 5/22/2020 | 14.74 | 15.13 | 14.51 | 14.99 | 14.99 | 934300 |
| 5/26/2020 | 15.5 | 15.61 | 14.23 | 14.33 | 14.33 | 1694700 |
| 5/27/2020 | 14.41 | 14.64 | 13.83 | 14.36 | 14.36 | 1328400 |
| 5/28/2020 | 14.47 | 14.82 | 14.14 | 14.24 | 14.24 | 1542400 |
| 5/29/2020 | 14.21 | 14.87 | 13.97 | 14.6 | 14.6 | 2134900 |
| 6/1/2020 | 14.52 | 15.025 | 14.27 | 14.87 | 14.87 | 1507900 |
| 6/2/2020 | 14.88 | 14.97 | 14.385 | 14.7 | 14.7 | 2573700 |
| 6/3/2020 | 14.82 | 14.85 | 14.15 | 14.24 | 14.24 | 1400700 |
| 6/4/2020 | 14.17 | 14.56 | 13.81 | 14.03 | 14.03 | 1363000 |
| 6/5/2020 | 14.22 | 14.47 | 13.91 | 14.06 | 14.06 | 1734900 |
| 6/8/2020 | 14.09 | 14.93 | 13.95 | 14.77 | 14.77 | 2589100 |
| 6/9/2020 | 14.62 | 14.65 | 14.04 | 14.23 | 14.23 | 1134600 |
| 6/10/2020 | 14.16 | 14.81 | 14.06 | 14.27 | 14.27 | 1304900 |
| 6/11/2020 | 13.67 | 13.88 | 12.9 | 13.04 | 13.04 | 1936400 |
| 6/12/2020 | 13.56 | 13.59 | 12.68 | 12.76 | 12.76 | 2036800 |
| 6/15/2020 | 12.42 | 12.89 | 12.34 | 12.75 | 12.75 | 3125100 |
| 6/16/2020 | 13.13 | 13.24 | 12.67 | 12.75 | 12.75 | 1923300 |
| 6/17/2020 | 12.82 | 12.95 | 12.29 | 12.37 | 12.37 | 1706500 |
| 6/18/2020 | 12.25 | 12.75 | 12.1 | 12.7 | 12.7 | 1703500 |
| 6/19/2020 | 12.85 | 13.13 | 12.581 | 12.99 | 12.99 | 3498400 |
| 6/22/2020 | 12.92 | 13.17 | 12.67 | 13.17 | 13.17 | 1748100 |
| 6/23/2020 | 13.34 | 13.585 | 13.208 | 13.4 | 13.4 | 2079800 |
| 6/24/2020 | 13.21 | 13.35 | 12.49 | 12.74 | 12.74 | 1791300 |
| 6/25/2020 | 12.66 | 12.7 | 12.2 | 12.68 | 12.68 | 1360200 |
| 6/26/2020 | 12.7 | 12.99 | 12.46 | 12.7 | 12.7 | 3000100 |
| 6/29/2020 | 12.82 | 12.9 | 12.035 | 12.56 | 12.56 | 1700700 |
| 6/30/2020 | 12.5 | 12.65 | 12.11 | 12.36 | 12.36 | 3527200 |
| 7/1/2020 | 12.43 | 12.515 | 12.08 | 12.47 | 12.47 | 2155200 |
| 7/2/2020 | 12.74 | 13.1 | 12.63 | 12.76 | 12.76 | 1078000 |
| 7/6/2020 | 13 | 13.19 | 12.65 | 12.76 | 12.76 | 1326600 |

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| 7/7/2020 | 12.8 | 12.8 | 12.19 | 12.26 | 12.26 | 1429000 |
| 7/8/2020 | 12.35 | 12.48 | 12.05 | 12.48 | 12.48 | 895300 |
| 7/9/2020 | 12.53 | 12.63 | 12.23 | 12.52 | 12.52 | 1320100 |
| 7/10/2020 | 12.53 | 12.53 | 11.85 | 12.02 | 12.02 | 1973400 |
| 7/13/2020 | 12.18 | 12.275 | 11.45 | 11.56 | 11.56 | 2113300 |
| 7/14/2020 | 11.52 | 11.99 | 11.47 | 11.7 | 11.7 | 1297300 |
| 7/15/2020 | 11.85 | 12.17 | 11.6 | 11.91 | 11.91 | 1245700 |
| 7/16/2020 | 11.91 | 12.12 | 11.84 | 12.05 | 12.05 | 1152000 |
| 7/17/2020 | 12.09 | 12.52 | 12.07 | 12.32 | 12.32 | 855500 |
| 7/20/2020 | 12.23 | 12.56 | 12.23 | 12.44 | 12.44 | 791000 |
| 7/21/2020 | 12.57 | 12.74 | 12.42 | 12.55 | 12.55 | 832400 |
| 7/22/2020 | 12.56 | 12.84 | 12.37 | 12.58 | 12.58 | 785800 |
| 7/23/2020 | 12.53 | 12.81 | 12.39 | 12.43 | 12.43 | 876700 |
| 7/24/2020 | 12.27 | 12.325 | 11.89 | 12.15 | 12.15 | 1171500 |
| 7/27/2020 | 12.21 | 12.25 | 11.955 | 12.09 | 12.09 | 995000 |
| 7/28/2020 | 12.03 | 12.595 | 11.97 | 12.15 | 12.15 | 1060400 |
| 7/29/2020 | 12.25 | 12.52 | 12.08 | 12.48 | 12.48 | 1016500 |
| 7/30/2020 | 12.21 | 12.57 | 12.21 | 12.47 | 12.47 | 789800 |
| 7/31/2020 | 12.55 | 12.68 | 12.23 | 12.66 | 12.66 | 941600 |
| 8/3/2020 | 12.74 | 13.81 | 12.74 | 13.73 | 13.73 | 2215700 |
| 8/4/2020 | 13.77 | 13.97 | 13.42 | 13.52 | 13.52 | 963800 |
| 8/5/2020 | 13.65 | 13.67 | 13.15 | 13.39 | 13.39 | 1026600 |
| 8/6/2020 | 13.5 | 13.68 | 13.36 | 13.41 | 13.41 | 897000 |
| 8/7/2020 | 13.34 | 13.7 | 13.17 | 13.66 | 13.66 | 1472500 |
| 8/10/2020 | 15.03 | 16.47 | 14.95 | 15.14 | 15.14 | 5939000 |
| 8/11/2020 | 15.43 | 16.85 | 15.34 | 16.02 | 16.02 | 5348600 |
| 8/12/2020 | 16.17 | 16.37 | 15.75 | 15.86 | 15.86 | 1910700 |
| 8/13/2020 | 15.86 | 16.35 | 15.8 | 16.24 | 16.24 | 2010100 |
| 8/14/2020 | 16.17 | 16.46 | 15.94 | 16.42 | 16.42 | 1938900 |
| 8/17/2020 | 16.5 | 16.82 | 16.36 | 16.48 | 16.48 | 1157100 |
| 8/18/2020 | 16.5 | 16.61 | 16.23 | 16.48 | 16.48 | 805000 |
| 8/19/2020 | 16.49 | 16.91 | 16.44 | 16.5 | 16.5 | 1346300 |
| 8/20/2020 | 16.39 | 16.55 | 16.24 | 16.32 | 16.32 | 962300 |
| 8/21/2020 | 16.23 | 16.34 | 15.86 | 15.89 | 15.89 | 1425400 |
| 8/24/2020 | 16.18 | 16.234 | 15.71 | 15.86 | 15.86 | 1398400 |
| 8/25/2020 | 15.94 | 15.95 | 15.47 | 15.68 | 15.68 | 1132100 |
| 8/26/2020 | 15.73 | 15.87 | 15.55 | 15.59 | 15.59 | 1143700 |
| 8/27/2020 | 15.71 | 15.71 | 14.845 | 15.1 | 15.1 | 1479700 |
| 8/28/2020 | 15.26 | 15.53 | 15.166 | 15.49 | 15.49 | 1028300 |
| 8/31/2020 | 15.41 | 15.828 | 15.15 | 15.52 | 15.52 | 1775600 |
| 9/1/2020 | 15.78 | 16.41 | 15.7 | 16.36 | 16.36 | 1584700 |
| 9/2/2020 | 16.28 | 16.54 | 15.76 | 16.45 | 16.45 | 1153400 |
| 9/3/2020 | 16.25 | 16.27 | 15.41 | 15.67 | 15.67 | 1471500 |

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/4/2020 | 15.75 | 15.76 | 14.56 | 15.51 | 15.51 | 2011700 |
| 9/8/2020 | 15.01 | 15.3 | 14.92 | 15.01 | 15.01 | 1077400 |
| 9/9/2020 | 15.22 | 15.22 | 14.055 | 14.36 | 14.36 | 2091700 |
| 9/10/2020 | 14.5 | 14.86 | 14.36 | 14.41 | 14.41 | 1321800 |
| 9/11/2020 | 14.46 | 14.52 | 14.07 | 14.3 | 14.3 | 1705100 |
| 9/14/2020 | 14.4 | 14.92 | 14.34 | 14.76 | 14.76 | 1421800 |
| 9/15/2020 | 14.9 | 14.99 | 14.695 | 14.85 | 14.85 | 860100 |
| 9/16/2020 | 14.85 | 15.3 | 14.72 | 14.9 | 14.9 | 1266300 |
| 9/17/2020 | 14.61 | 14.8 | 14.345 | 14.72 | 14.72 | 1236900 |
| 9/18/2020 | 14.89 | 14.935 | 14.53 | 14.85 | 14.85 | 3328300 |
| 9/21/2020 | 14.55 | 14.835 | 14.36 | 14.81 | 14.81 | 1156700 |
| 9/22/2020 | 14.93 | 14.93 | 14.4 | 14.6 | 14.6 | 906300 |
| 9/23/2020 | 14.52 | 14.74 | 13.82 | 13.84 | 13.84 | 1230800 |
| 9/24/2020 | 13.71 | 14.01 | 13.55 | 13.7 | 13.7 | 1462500 |
| 9/25/2020 | 13.7 | 14.005 | 13.265 | 13.8 | 13.8 | 1035800 |
| 9/28/2020 | 14.03 | 14.27 | 14.01 | 14.12 | 14.12 | 878600 |
| 9/29/2020 | 14.19 | 15.2 | 14.17 | 15.06 | 15.06 | 1118600 |
| 9/30/2020 | 15.06 | 15.46 | 14.79 | 15.2 | 15.2 | 1020300 |
| 10/1/2020 | 15.35 | 16.44 | 15.17 | 16.22 | 16.22 | 2960700 |
| 10/2/2020 | 15.8 | 17.055 | 15.77 | 16.89 | 16.89 | 3664400 |
| 10/5/2020 | 17.11 | 18.14 | 17.1 | 17.93 | 17.93 | 2636200 |
| 10/6/2020 | 18.01 | 18.36 | 17.25 | 17.44 | 17.44 | 2704400 |
| 10/7/2020 | 17.98 | 18.4 | 17.68 | 18.3 | 18.3 | 3413800 |
| 10/8/2020 | 18.64 | 18.96 | 18.45 | 18.95 | 18.95 | 5264600 |
| 10/9/2020 | 19.24 | 19.7 | 18.55 | 18.55 | 18.55 | 2976900 |
| 10/12/2020 | 18.71 | 19.03 | 18.34 | 18.57 | 18.57 | 1438900 |
| 10/13/2020 | 18.49 | 18.76 | 18.18 | 18.35 | 18.35 | 1150100 |
| 10/14/2020 | 18.32 | 18.421 | 17.98 | 18 | 18 | 1106900 |
| 10/15/2020 | 17.83 | 19.12 | 17.77 | 19.1 | 19.1 | 1208600 |
| 10/16/2020 | 19.07 | 19.235 | 18.64 | 18.68 | 18.68 | 822700 |
| 10/19/2020 | 18.93 | 19.67 | 18.85 | 19.05 | 19.05 | 1676900 |
| 10/20/2020 | 19.22 | 19.27 | 18.835 | 19.06 | 19.06 | 859500 |
| 10/21/2020 | 19.17 | 19.4 | 18.91 | 18.99 | 18.99 | 922200 |
| 10/22/2020 | 18.98 | 19.19 | 18.55 | 18.71 | 18.71 | 788600 |
| 10/23/2020 | 18.84 | 18.86 | 17.94 | 17.99 | 17.99 | 1016000 |
| 10/26/2020 | 17.75 | 17.97 | 17.1 | 17.95 | 17.95 | 1254500 |
| 10/27/2020 | 18.13 | 18.65 | 18.01 | 18.13 | 18.13 | 681700 |
| 10/28/2020 | 17.85 | 17.85 | 17.02 | 17.68 | 17.68 | 1336300 |
| 10/29/2020 | 17.6 | 18.13 | 17.53 | 17.73 | 17.73 | 764600 |
| 10/30/2020 | 17.64 | 17.64 | 16.82 | 17.2 | 17.2 | 1515200 |
| 11/2/2020 | 17.24 | 17.68 | 16.34 | 16.44 | 16.44 | 2008200 |
| 11/3/2020 | 16.62 | 17.4 | 16.6 | 17.19 | 17.19 | 1459100 |
| 11/4/2020 | 17.17 | 18.06 | 17.17 | 17.82 | 17.82 | 1802900 |

File path: https://finance.yahoo.com/quote/AVYA/history?p=AVYA

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/5/2020 | 18.09 | 18.31 | 17.85 | 18.07 | 18.07 | 985600 |
| 11/6/2020 | 18.16 | 18.34 | 17.46 | 17.58 | 17.58 | 932000 |
| 11/9/2020 | 17.96 | 18.62 | 17.52 | 17.7 | 17.7 | 1444800 |
| 11/10/2020 | 17.82 | 18.03 | 17.36 | 17.94 | 17.94 | 2081200 |
| 11/11/2020 | 18.23 | 19.22 | 18.15 | 19.03 | 19.03 | 2300000 |
| 11/12/2020 | 18.9 | 19.17 | 18.67 | 19 | 19 | 698600 |
| 11/13/2020 | 19.28 | 19.48 | 18.65 | 18.72 | 18.72 | 834000 |
| 11/16/2020 | 19 | 19.12 | 18.72 | 18.79 | 18.79 | 930600 |
| 11/17/2020 | 18.94 | 19.58 | 18.76 | 19.49 | 19.49 | 2469500 |
| 11/18/2020 | 17.35 | 18.57 | 17.04 | 18.06 | 18.06 | 6093100 |
| 11/19/2020 | 17.82 | 17.98 | 16.255 | 16.41 | 16.41 | 4844300 |
| 11/20/2020 | 16.1 | 16.64 | 15.86 | 16.56 | 16.56 | 2595500 |
| 11/23/2020 | 16.51 | 17.67 | 16.5 | 17.65 | 17.65 | 2368100 |
| 11/24/2020 | 17.78 | 18.2 | 17.57 | 17.84 | 17.84 | 2810800 |
| 11/25/2020 | 17.68 | 18.89 | 17.65 | 18.85 | 18.85 | 1536900 |
| 11/27/2020 | 19 | 19.35 | 18.86 | 19.19 | 19.19 | 947800 |
| 11/30/2020 | 19.2 | 19.24 | 18.27 | 18.61 | 18.61 | 2268900 |
| 12/1/2020 | 18.94 | 19.24 | 18.59 | 19.06 | 19.06 | 3378800 |
| 12/2/2020 | 19.06 | 19.79 | 18.78 | 19.19 | 19.19 | 2135500 |
| 12/3/2020 | 19.33 | 20 | 18.9 | 19.62 | 19.62 | 1770700 |
| 12/4/2020 | 19.92 | 20.32 | 19.815 | 20.1 | 20.1 | 1929800 |
| 12/7/2020 | 20.25 | 20.27 | 19.46 | 19.46 | 19.46 | 1031200 |
| 12/8/2020 | 19.29 | 19.57 | 18.98 | 19.11 | 19.11 | 823500 |
| 12/9/2020 | 19.16 | 19.58 | 19.04 | 19.17 | 19.17 | 1239700 |
| 12/10/2020 | 18.97 | 20.7 | 18.92 | 20.59 | 20.59 | 2218700 |
| 12/11/2020 | 20.42 | 21.05 | 20.09 | 20.95 | 20.95 | 1182900 |
| 12/14/2020 | 21.11 | 21.21 | 20.275 | 20.33 | 20.33 | 966600 |
| 12/15/2020 | 19.1 | 20.2 | 18.901 | 19.62 | 19.62 | 1778800 |
| 12/16/2020 | 19.84 | 19.84 | 19.15 | 19.49 | 19.49 | 638700 |
| 12/17/2020 | 19.96 | 20.43 | 19.73 | 19.88 | 19.88 | 1015600 |
| 12/18/2020 | 19.86 | 20 | 19.28 | 19.45 | 19.45 | 1569900 |
| 12/21/2020 | 19.27 | 19.675 | 19.08 | 19.45 | 19.45 | 1380100 |
| 12/22/2020 | 19.78 | 20.16 | 19.52 | 19.52 | 19.52 | 894500 |
| 12/23/2020 | 19.6 | 19.75 | 19.11 | 19.24 | 19.24 | 691800 |
| 12/24/2020 | 19.47 | 19.56 | 19.18 | 19.32 | 19.32 | 200800 |
| 12/28/2020 | 19.63 | 19.73 | 18.655 | 18.74 | 18.74 | 680700 |
| 12/29/2020 | 18.7 | 18.815 | 18.18 | 18.56 | 18.56 | 1108200 |
| 12/30/2020 | 18.63 | 19.18 | 18.63 | 19 | 19 | 754300 |
| 12/31/2020 | 19.12 | 19.38 | 18.95 | 19.15 | 19.15 | 947900 |