# EXHIBIT CCCCC

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/31/2019 | 31.01 | 31.95 | 31.01 | 31.7 | 31.7 | 277900 |
| 1/2/2020 | 31.87 | 32.12 | 31.43 | 32.11 | 32.11 | 452300 |
| 1/3/2020 | 31.64 | 32.11 | 30.85 | 32.06 | 32.06 | 440100 |
| 1/6/2020 | 31.67 | 32.21 | 31.32 | 32.05 | 32.05 | 270600 |
| 1/7/2020 | 32.18 | 32.23 | 31.42 | 31.72 | 31.72 | 285100 |
| 1/8/2020 | 32.07 | 33.05 | 31.8 | 32.05 | 32.05 | 335200 |
| 1/9/2020 | 32.23 | 33.03 | 32.23 | 32.84 | 32.84 | 368200 |
| 1/10/2020 | 32.7 | 33.66 | 32.39 | 33.49 | 33.49 | 429600 |
| 1/13/2020 | 33.27 | 34.79 | 33.27 | 34.77 | 34.77 | 535600 |
| 1/14/2020 | 34.89 | 36.42 | 34.72 | 36.16 | 36.16 | 501300 |
| 1/15/2020 | 36 | 36.92 | 35.59 | 35.85 | 35.85 | 812400 |
| 1/16/2020 | 36.3 | 36.52 | 35.13 | 35.47 | 35.47 | 460100 |
| 1/17/2020 | 35.58 | 35.8 | 34.6 | 34.89 | 34.89 | 365900 |
| 1/21/2020 | 34.77 | 35.04 | 34.13 | 34.7 | 34.7 | 538000 |
| 1/22/2020 | 34.97 | 35.35 | 34 | 34.02 | 34.02 | 498200 |
| 1/23/2020 | 34.08 | 36.24 | 34.02 | 36.05 | 36.05 | 613700 |
| 1/24/2020 | 36.28 | 36.57 | 35.1 | 35.97 | 35.97 | 546900 |
| 1/27/2020 | 35.45 | 36.7 | 35.37 | 35.92 | 35.92 | 631800 |
| 1/28/2020 | 36.36 | 37.03 | 35.85 | 36.19 | 36.19 | 646300 |
| 1/29/2020 | 34 | 34 | 30.76 | 30.84 | 30.84 | 1804700 |
| 1/30/2020 | 30.03 | 30.82 | 29.46 | 29.51 | 29.51 | 1079700 |
| 1/31/2020 | 29.34 | 29.7 | 28.34 | 28.75 | 28.75 | 831400 |
| 2/3/2020 | 28.8 | 29.51 | 28.39 | 28.9 | 28.9 | 390500 |
| 2/4/2020 | 29.41 | 29.44 | 28.04 | 28.32 | 28.32 | 655000 |
| 2/5/2020 | 28.58 | 29.19 | 28.05 | 29.09 | 29.09 | 422000 |
| 2/6/2020 | 29.33 | 29.37 | 28.75 | 29.06 | 29.06 | 343100 |
| 2/7/2020 | 28.88 | 29.57 | 28.85 | 29.5 | 29.5 | 380700 |
| 2/10/2020 | 29.38 | 29.55 | 28.94 | 28.99 | 28.99 | 479500 |
| 2/11/2020 | 29.18 | 29.27 | 28.53 | 28.62 | 28.62 | 716400 |
| 2/12/2020 | 28.7 | 28.91 | 28 | 28.2 | 28.2 | 725600 |
| 2/13/2020 | 28.25 | 29.22 | 28.14 | 28.44 | 28.44 | 333200 |
| 2/14/2020 | 28.48 | 28.57 | 27.43 | 28.09 | 28.09 | 432200 |
| 2/18/2020 | 28.13 | 29.16 | 28.01 | 28.99 | 28.99 | 549400 |
| 2/19/2020 | 29.18 | 29.46 | 28.39 | 28.44 | 28.44 | 403600 |
| 2/20/2020 | 28.45 | 29.14 | 28.12 | 29.05 | 29.05 | 379300 |
| 2/21/2020 | 28.88 | 29.31 | 28.62 | 29.04 | 29.04 | 244300 |
| 2/24/2020 | 28.24 | 28.84 | 27.75 | 28.09 | 28.09 | 376200 |
| 2/25/2020 | 28.14 | 28.27 | 25.93 | 26.14 | 26.14 | 712100 |
| 2/26/2020 | 26.24 | 27.45 | 26.08 | 26.62 | 26.62 | 782000 |
| 2/27/2020 | 26.04 | 26.62 | 25.2 | 25.44 | 25.44 | 394200 |
| 2/28/2020 | 24.44 | 26.01 | 24.18 | 25.48 | 25.48 | 697300 |
| 3/2/2020 | 25.77 | 25.94 | 24.64 | 25.51 | 25.51 | 512200 |
| 3/3/2020 | 25.65 | 26.25 | 25 | 25.53 | 25.53 | 650700 |

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| 3/4/2020 | 26.06 | 27.25 | 25.9 | 27.22 | 27.22 | 668200 |
| 3/5/2020 | 26.68 | 26.79 | 25.65 | 26.18 | 26.18 | 444900 |
| 3/6/2020 | 25.31 | 26.78 | 24.95 | 26.66 | 26.66 | 656400 |
| 3/9/2020 | 24.98 | 25 | 21.12 | 21.55 | 21.55 | 834800 |
| 3/10/2020 | 22.01 | 22.53 | 20.89 | 22.05 | 22.05 | 522600 |
| 3/11/2020 | 21.36 | 22.01 | 20.02 | 20.58 | 20.58 | 609700 |
| 3/12/2020 | 19.01 | 19.77 | 18.08 | 18.3 | 18.3 | 548200 |
| 3/13/2020 | 19.44 | 19.44 | 17.2 | 18.67 | 18.67 | 731800 |
| 3/16/2020 | 18.17 | 18.17 | 15.7 | 16.12 | 16.12 | 698800 |
| 3/17/2020 | 16.35 | 17.5 | 15.02 | 15.48 | 15.48 | 935500 |
| 3/18/2020 | 14.87 | 14.87 | 10.82 | 13.63 | 13.63 | 1809300 |
| 3/19/2020 | 13.57 | 15.77 | 13.03 | 15.22 | 15.22 | 997600 |
| 3/20/2020 | 15.52 | 15.71 | 13.34 | 14.36 | 14.36 | 1010500 |
| 3/23/2020 | 14.3 | 14.3 | 13.3 | 13.87 | 13.87 | 782300 |
| 3/24/2020 | 14.37 | 15.58 | 14.28 | 14.75 | 14.75 | 778200 |
| 3/25/2020 | 15 | 16.61 | 15 | 15.84 | 15.84 | 818800 |
| 3/26/2020 | 15.96 | 17.18 | 15.87 | 16.74 | 16.74 | 1022100 |
| 3/27/2020 | 16.17 | 16.57 | 15.31 | 15.42 | 15.42 | 640200 |
| 3/30/2020 | 15.51 | 16.4 | 14.94 | 16.18 | 16.18 | 542600 |
| 3/31/2020 | 16.02 | 16.78 | 15.59 | 15.68 | 15.68 | 539400 |
| 4/1/2020 | 14.86 | 15.18 | 12.97 | 12.99 | 12.99 | 908200 |
| 4/2/2020 | 13.05 | 14.22 | 12.1 | 12.54 | 12.54 | 1473300 |
| 4/3/2020 | 12.3 | 12.69 | 11.74 | 12.21 | 12.21 | 657600 |
| 4/6/2020 | 12.83 | 14.98 | 12.83 | 14.39 | 14.39 | 625200 |
| 4/7/2020 | 14.43 | 15.6 | 14.04 | 14.49 | 14.49 | 943900 |
| 4/8/2020 | 14.74 | 16.61 | 14.49 | 16.21 | 16.21 | 709800 |
| 4/9/2020 | 17.1 | 18.11 | 16.4 | 16.95 | 16.95 | 575500 |
| 4/13/2020 | 16.74 | 17.11 | 15.7 | 16.48 | 16.48 | 711100 |
| 4/14/2020 | 16.77 | 17.15 | 16.47 | 17 | 17 | 598900 |
| 4/15/2020 | 16.23 | 16.23 | 15.3 | 15.57 | 15.57 | 432800 |
| 4/16/2020 | 15.58 | 16.04 | 14.97 | 15.85 | 15.85 | 775700 |
| 4/17/2020 | 16.74 | 17.15 | 16.3 | 16.83 | 16.83 | 424000 |
| 4/20/2020 | 16.32 | 16.48 | 15.57 | 15.74 | 15.74 | 314700 |
| 4/21/2020 | 15.22 | 15.7 | 15.02 | 15.52 | 15.52 | 304800 |
| 4/22/2020 | 16.02 | 16.18 | 15.5 | 15.66 | 15.66 | 337500 |
| 4/23/2020 | 15.74 | 16.6 | 15.72 | 16.05 | 16.05 | 694300 |
| 4/24/2020 | 16.24 | 16.76 | 16.07 | 16.66 | 16.66 | 355700 |
| 4/27/2020 | 16.85 | 18.05 | 16.71 | 18.01 | 18.01 | 512200 |
| 4/28/2020 | 18.66 | 20.73 | 18.66 | 20.59 | 20.59 | 1058900 |
| 4/29/2020 | 21.49 | 21.83 | 20.45 | 20.84 | 20.84 | 804100 |
| 4/30/2020 | 20.47 | 20.71 | 19.49 | 19.71 | 19.71 | 537500 |
| 5/1/2020 | 18.95 | 19.6 | 18.56 | 19.47 | 19.47 | 668100 |
| 5/4/2020 | 18.8 | 19.55 | 18.54 | 19.39 | 19.39 | 333300 |

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/5/2020 | 19.87 | 20.97 | 19.7 | 19.9 | 19.9 | 380900 |
| 5/6/2020 | 19.84 | 20.45 | 19.8 | 20.07 | 20.07 | 319900 |
| 5/7/2020 | 20.39 | 20.83 | 20.2 | 20.56 | 20.56 | 391100 |
| 5/8/2020 | 21.25 | 21.87 | 20.89 | 21.82 | 21.82 | 555100 |
| 5/11/2020 | 21.47 | 21.91 | 20.66 | 21.38 | 21.38 | 579600 |
| 5/12/2020 | 21.41 | 21.53 | 19.95 | 19.98 | 19.98 | 823900 |
| 5/13/2020 | 19.74 | 20.03 | 18.81 | 19.06 | 19.06 | 394200 |
| 5/14/2020 | 18.43 | 19.41 | 17.58 | 19.39 | 19.39 | 683400 |
| 5/15/2020 | 19.34 | 20.49 | 19.21 | 20.38 | 20.38 | 565400 |
| 5/18/2020 | 22.01 | 22.98 | 21.9 | 22.81 | 22.81 | 740900 |
| 5/19/2020 | 22.41 | 23.46 | 22.08 | 22.33 | 22.33 | 600800 |
| 5/20/2020 | 23.31 | 25.02 | 22.91 | 24 | 24 | 936500 |
| 5/21/2020 | 24 | 25 | 21.37 | 24.35 | 24.35 | 1268900 |
| 5/22/2020 | 24.8 | 25.42 | 23.97 | 24.47 | 24.47 | 560300 |
| 5/26/2020 | 25.91 | 26.69 | 25.3 | 25.35 | 25.35 | 808100 |
| 5/27/2020 | 26.01 | 27.2 | 25.21 | 27 | 27 | 751500 |
| 5/28/2020 | 27.41 | 27.56 | 24.02 | 24.36 | 24.36 | 693600 |
| 5/29/2020 | 23.98 | 25.68 | 23.92 | 24.84 | 24.84 | 511700 |
| 6/1/2020 | 24.81 | 25.68 | 24.3 | 24.9 | 24.9 | 523700 |
| 6/2/2020 | 25.05 | 25.43 | 24.43 | 24.61 | 24.61 | 436900 |
| 6/3/2020 | 25.19 | 26.41 | 25.07 | 26.05 | 26.05 | 674900 |
| 6/4/2020 | 25.77 | 26.2 | 24.18 | 24.3 | 24.3 | 694200 |
| 6/5/2020 | 25.72 | 26.82 | 25.01 | 26.59 | 26.59 | 844300 |
| 6/8/2020 | 27.06 | 27.37 | 25.3 | 25.67 | 25.67 | 947700 |
| 6/9/2020 | 25.6 | 25.76 | 24.95 | 25.32 | 25.32 | 631300 |
| 6/10/2020 | 25.25 | 25.44 | 24.3 | 24.71 | 24.71 | 852500 |
| 6/11/2020 | 23.1 | 24 | 21.7 | 21.71 | 21.71 | 932300 |
| 6/12/2020 | 22.8 | 23.34 | 21.7 | 22.4 | 22.4 | 672700 |
| 6/15/2020 | 21.31 | 24.29 | 21.31 | 24.28 | 24.28 | 542800 |
| 6/16/2020 | 25.34 | 25.5 | 24.13 | 25.02 | 25.02 | 426600 |
| 6/17/2020 | 25 | 25.59 | 24.32 | 24.44 | 24.44 | 319200 |
| 6/18/2020 | 23.99 | 24.68 | 23.51 | 23.68 | 23.68 | 281300 |
| 6/19/2020 | 24.01 | 24.15 | 22.82 | 23.09 | 23.09 | 830400 |
| 6/22/2020 | 22.84 | 23.75 | 22.58 | 23.62 | 23.62 | 396800 |
| 6/23/2020 | 23.9 | 24.02 | 23.13 | 23.74 | 23.74 | 335900 |
| 6/24/2020 | 23.25 | 23.35 | 22.1 | 22.9 | 22.9 | 560600 |
| 6/25/2020 | 22.56 | 23.55 | 22.31 | 23.43 | 23.43 | 486300 |
| 6/26/2020 | 23.18 | 23.18 | 22.46 | 22.69 | 22.69 | 1668000 |
| 6/29/2020 | 22.96 | 24.36 | 22.59 | 24.22 | 24.22 | 422700 |
| 6/30/2020 | 24.16 | 24.42 | 23.63 | 24.34 | 24.34 | 480700 |
| 7/1/2020 | 24.32 | 24.72 | 23.61 | 23.95 | 23.95 | 508600 |
| 7/2/2020 | 24.53 | 24.9 | 23.91 | 24.1 | 24.1 | 623000 |
| 7/6/2020 | 24.68 | 25.09 | 24.15 | 24.52 | 24.52 | 303400 |

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/7/2020 | 24.23 | 24.66 | 23.48 | 23.57 | 23.57 | 448500 |
| 7/8/2020 | 23.55 | 24.52 | 23.55 | 24.23 | 24.23 | 352200 |
| 7/9/2020 | 24.27 | 24.27 | 23.07 | 23.43 | 23.43 | 474800 |
| 7/10/2020 | 23.61 | 24.52 | 23.51 | 24.38 | 24.38 | 301300 |
| 7/13/2020 | 24.62 | 24.87 | 23.5 | 23.55 | 23.55 | 516000 |
| 7/14/2020 | 23.47 | 24.54 | 23.47 | 24.53 | 24.53 | 481800 |
| 7/15/2020 | 25.28 | 26.21 | 25.15 | 26 | 26 | 569600 |
| 7/16/2020 | 26.19 | 26.54 | 25.76 | 26.44 | 26.44 | 310700 |
| 7/17/2020 | 26.57 | 26.91 | 26.14 | 26.46 | 26.46 | 380200 |
| 7/20/2020 | 26.22 | 26.74 | 25.9 | 26.69 | 26.69 | 278700 |
| 7/21/2020 | 26.87 | 26.99 | 26.42 | 26.58 | 26.58 | 599300 |
| 7/22/2020 | 26.5 | 27.98 | 26.5 | 27.24 | 27.24 | 495800 |
| 7/23/2020 | 27.41 | 27.84 | 25.88 | 26.35 | 26.35 | 525500 |
| 7/24/2020 | 26.24 | 26.5 | 25.74 | 26.17 | 26.17 | 334100 |
| 7/27/2020 | 26.15 | 27.12 | 26.01 | 27.04 | 27.04 | 405100 |
| 7/28/2020 | 27.08 | 27.5 | 25.51 | 25.62 | 25.62 | 444900 |
| 7/29/2020 | 25.94 | 26.48 | 25.93 | 26.41 | 26.41 | 496500 |
| 7/30/2020 | 29.03 | 30.78 | 27.77 | 28.37 | 28.37 | 936000 |
| 7/31/2020 | 28.19 | 28.52 | 26.95 | 28.23 | 28.23 | 585000 |
| 8/3/2020 | 28.4 | 29.14 | 28.22 | 28.75 | 28.75 | 451400 |
| 8/4/2020 | 28.52 | 28.75 | 27.75 | 27.94 | 27.94 | 430400 |
| 8/5/2020 | 28.25 | 28.94 | 28.06 | 28.77 | 28.77 | 234300 |
| 8/6/2020 | 28.65 | 28.84 | 28.18 | 28.29 | 28.29 | 175200 |
| 8/7/2020 | 28.04 | 28.91 | 27.8 | 28.76 | 28.76 | 253500 |
| 8/10/2020 | 28.78 | 30.28 | 28.75 | 29.72 | 29.72 | 458900 |
| 8/11/2020 | 30.24 | 31.21 | 29.8 | 30.49 | 30.49 | 791700 |
| 8/12/2020 | 30.96 | 31.14 | 30.43 | 31.13 | 31.13 | 659400 |
| 8/13/2020 | 30.89 | 31.42 | 30.61 | 31.09 | 31.09 | 347300 |
| 8/14/2020 | 30.69 | 31.26 | 30.28 | 30.86 | 30.86 | 254800 |
| 8/17/2020 | 30.98 | 31.85 | 30.93 | 31.5 | 31.5 | 289800 |
| 8/18/2020 | 31.72 | 32.01 | 30.04 | 30.14 | 30.14 | 428500 |
| 8/19/2020 | 30.23 | 30.6 | 29.85 | 30.49 | 30.49 | 290900 |
| 8/20/2020 | 30.04 | 30.78 | 30.04 | 30.34 | 30.34 | 255200 |
| 8/21/2020 | 29.94 | 30.67 | 29.88 | 30.58 | 30.58 | 278900 |
| 8/24/2020 | 30.98 | 31 | 30.01 | 30.45 | 30.45 | 226400 |
| 8/25/2020 | 30.63 | 30.63 | 29.74 | 30.24 | 30.24 | 220200 |
| 8/26/2020 | 30.18 | 30.33 | 28.91 | 28.96 | 28.96 | 439100 |
| 8/27/2020 | 29.32 | 29.41 | 28.51 | 28.69 | 28.69 | 274300 |
| 8/28/2020 | 29 | 29.3 | 28.81 | 29.26 | 29.26 | 401700 |
| 8/31/2020 | 29.12 | 29.41 | 28.38 | 28.54 | 28.54 | 364200 |
| 9/1/2020 | 28.49 | 29.73 | 28.16 | 29.72 | 29.72 | 326800 |
| 9/2/2020 | 29.74 | 29.97 | 28.51 | 28.99 | 28.99 | 339700 |
| 9/3/2020 | 29.08 | 29.08 | 27.13 | 27.46 | 27.46 | 411400 |

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/4/2020 | 28 | 28 | 26.14 | 26.34 | 26.34 | 408100 |
| 9/8/2020 | 26 | 26.92 | 25.68 | 26.37 | 26.37 | 400200 |
| 9/9/2020 | 26.66 | 26.89 | 25.99 | 26.24 | 26.24 | 323300 |
| 9/10/2020 | 26.32 | 26.87 | 26.29 | 26.5 | 26.5 | 314400 |
| 9/11/2020 | 26.82 | 27.14 | 24.95 | 24.97 | 24.97 | 572900 |
| 9/14/2020 | 25.33 | 25.8 | 24.97 | 25.8 | 25.8 | 390100 |
| 9/15/2020 | 26.02 | 26.16 | 25.01 | 25.1 | 25.1 | 391200 |
| 9/16/2020 | 25.37 | 26.43 | 25.12 | 25.76 | 25.76 | 506700 |
| 9/17/2020 | 25.25 | 25.36 | 24.45 | 24.68 | 24.68 | 259100 |
| 9/18/2020 | 24.9 | 25.05 | 24.23 | 24.89 | 24.89 | 909300 |
| 9/21/2020 | 24.23 | 24.6 | 23.69 | 24.57 | 24.57 | 514700 |
| 9/22/2020 | 24.64 | 26.04 | 24.49 | 26.03 | 26.03 | 434700 |
| 9/23/2020 | 26.01 | 26.72 | 25.92 | 26.56 | 26.56 | 1052500 |
| 9/24/2020 | 26.53 | 27.48 | 25.86 | 27 | 27 | 757100 |
| 9/25/2020 | 26.74 | 27 | 26.13 | 26.62 | 26.62 | 657300 |
| 9/28/2020 | 27.03 | 27.91 | 26.96 | 27.8 | 27.8 | 680200 |
| 9/29/2020 | 27.89 | 28.05 | 26.56 | 26.59 | 26.59 | 335100 |
| 9/30/2020 | 26.68 | 27.34 | 26.35 | 26.77 | 26.77 | 299700 |
| 10/1/2020 | 26.99 | 27.73 | 26.61 | 27.7 | 27.7 | 723300 |
| 10/2/2020 | 26.96 | 27.98 | 26.78 | 27.76 | 27.76 | 243700 |
| 10/5/2020 | 27.95 | 28.71 | 27.45 | 28.64 | 28.64 | 332800 |
| 10/6/2020 | 28.91 | 29.28 | 28.2 | 28.42 | 28.42 | 427000 |
| 10/7/2020 | 28.93 | 29.06 | 27.71 | 28.68 | 28.68 | 319300 |
| 10/8/2020 | 29.19 | 30.02 | 29.1 | 29.49 | 29.49 | 302500 |
| 10/9/2020 | 29.75 | 29.87 | 28.87 | 29.54 | 29.54 | 221300 |
| 10/12/2020 | 29.63 | 29.81 | 29.22 | 29.65 | 29.65 | 186400 |
| 10/13/2020 | 29.31 | 29.31 | 28.33 | 28.37 | 28.37 | 264400 |
| 10/14/2020 | 28.51 | 28.57 | 27.42 | 27.49 | 27.49 | 222100 |
| 10/15/2020 | 26.97 | 28.4 | 26.9 | 28.22 | 28.22 | 290200 |
| 10/16/2020 | 28.15 | 28.44 | 27.1 | 27.14 | 27.14 | 225200 |
| 10/19/2020 | 27.18 | 27.73 | 26.6 | 26.68 | 26.68 | 188300 |
| 10/20/2020 | 27.1 | 27.79 | 26.77 | 27.22 | 27.22 | 364300 |
| 10/21/2020 | 27.31 | 27.42 | 26.08 | 26.24 | 26.24 | 305600 |
| 10/22/2020 | 26.53 | 26.53 | 25.37 | 25.9 | 25.9 | 491700 |
| 10/23/2020 | 26.14 | 27.26 | 26 | 27.09 | 27.09 | 275400 |
| 10/26/2020 | 26.67 | 26.83 | 24.9 | 25.01 | 25.01 | 404100 |
| 10/27/2020 | 25.03 | 25.34 | 24.55 | 24.76 | 24.76 | 399600 |
| 10/28/2020 | 25.01 | 27.86 | 23.74 | 26.78 | 26.78 | 835100 |
| 10/29/2020 | 26.84 | 27.22 | 26.16 | 26.95 | 26.95 | 611200 |
| 10/30/2020 | 26.76 | 26.8 | 25.3 | 25.65 | 25.65 | 508500 |
| 11/2/2020 | 25.94 | 27.67 | 25.94 | 27.63 | 27.63 | 485400 |
| 11/3/2020 | 28.35 | 29.29 | 28 | 29.07 | 29.07 | 473700 |
| 11/4/2020 | 28.34 | 30.42 | 28.08 | 29.92 | 29.92 | 357400 |

File path: https://finance.yahoo.com/quote/SKY/history?p=SKY

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/5/2020 | 30.09 | 30.93 | 29.9 | 30.59 | 30.59 | 306500 |
| 11/6/2020 | 30.54 | 30.56 | 28.37 | 28.47 | 28.47 | 330400 |
| 11/9/2020 | 31 | 31 | 26.28 | 26.34 | 26.34 | 665000 |
| 11/10/2020 | 26.86 | 27.94 | 26.5 | 27.47 | 27.47 | 721800 |
| 11/11/2020 | 27.8 | 28.87 | 27.47 | 28.86 | 28.86 | 549300 |
| 11/12/2020 | 28.52 | 29.07 | 27.61 | 28.04 | 28.04 | 486600 |
| 11/13/2020 | 28.36 | 29 | 28.02 | 28.95 | 28.95 | 227500 |
| 11/16/2020 | 29.38 | 29.76 | 28.73 | 29.73 | 29.73 | 335300 |
| 11/17/2020 | 29.41 | 31.77 | 29.15 | 31.51 | 31.51 | 549000 |
| 11/18/2020 | 31.5 | 32.06 | 31.24 | 31.44 | 31.44 | 705900 |
| 11/19/2020 | 31.65 | 32.57 | 31.19 | 31.91 | 31.91 | 449500 |
| 11/20/2020 | 31.77 | 32.34 | 31.6 | 32.25 | 32.25 | 400600 |
| 11/23/2020 | 32.58 | 33.25 | 31.89 | 32.92 | 32.92 | 296700 |
| 11/24/2020 | 33.42 | 33.44 | 31.9 | 32.24 | 32.24 | 371100 |
| 11/25/2020 | 32.08 | 32.34 | 31.68 | 31.74 | 31.74 | 294000 |
| 11/27/2020 | 31.98 | 32.72 | 31.76 | 32.59 | 32.59 | 137900 |
| 11/30/2020 | 32.28 | 32.58 | 30.67 | 30.73 | 30.73 | 495600 |
| 12/1/2020 | 31.2 | 31.89 | 30.89 | 31.2 | 31.2 | 492700 |
| 12/2/2020 | 31.01 | 31.85 | 30.43 | 30.51 | 30.51 | 540700 |
| 12/3/2020 | 30.62 | 31.85 | 30.59 | 31.64 | 31.64 | 357800 |
| 12/4/2020 | 31.77 | 31.83 | 31.17 | 31.73 | 31.73 | 343700 |
| 12/7/2020 | 31.75 | 31.98 | 30.83 | 31.82 | 31.82 | 404900 |
| 12/8/2020 | 31.33 | 31.38 | 30.44 | 30.91 | 30.91 | 326000 |
| 12/9/2020 | 30.58 | 31.51 | 29.65 | 30.06 | 30.06 | 501700 |
| 12/10/2020 | 29.7 | 30.55 | 29.57 | 30.33 | 30.33 | 423000 |
| 12/11/2020 | 30.11 | 30.79 | 29.63 | 29.65 | 29.65 | 336400 |
| 12/14/2020 | 30.09 | 30.53 | 29.56 | 29.59 | 29.59 | 334400 |
| 12/15/2020 | 29.94 | 30.39 | 29.24 | 30.09 | 30.09 | 431500 |
| 12/16/2020 | 30.37 | 30.78 | 29.75 | 30.05 | 30.05 | 427200 |
| 12/17/2020 | 30.3 | 31.28 | 29.76 | 31.28 | 31.28 | 918100 |
| 12/18/2020 | 31.78 | 33.14 | 31.13 | 31.54 | 31.54 | 736200 |
| 12/21/2020 | 30.61 | 31.22 | 29.83 | 31.15 | 31.15 | 355800 |
| 12/22/2020 | 31.22 | 32.4 | 31.15 | 31.56 | 31.56 | 262100 |
| 12/23/2020 | 31.86 | 31.95 | 31.19 | 31.48 | 31.48 | 293200 |
| 12/24/2020 | 31.48 | 32.08 | 31.09 | 31.65 | 31.65 | 83900 |
| 12/28/2020 | 32.12 | 32.12 | 31.18 | 31.42 | 31.42 | 364700 |
| 12/29/2020 | 31.65 | 31.65 | 30.34 | 30.75 | 30.75 | 318700 |
| 12/30/2020 | 30.91 | 31.72 | 30.81 | 31.3 | 31.3 | 225400 |
| 12/31/2020 | 31.17 | 31.64 | 30.87 | 30.94 | 30.94 | 209500 |