# EXHIBIT HHHHH

| From: | HCMLP.DataIntegrity@hcmlp.com |
|---|---|
| Sent: | Saturday, April 18, 2020 9:06 AM |
| To: | FundAccounting@HCMLP.com; I-Investments@hcmlp.com; Compliance@hcmlp.com; R-Operations@hcmlp.com; I-Operations@hcmlp.com; DataTeam@hcmlp.com; HCovitz@hcmlp.com; SettlementArchive@hcmlp.com; pjaiswal@siepe.com; James Romey; Jack Donohue; Bradley Sharp; Fred Caruso |
| Subject: | HCMLP - Previous Day Trades |

## Previous Day Trades

| TradeType | Fund | Portfolio | CTPY | SideCode | Instrument | TradeDate | InstType | Commitment | Price | ExcValue | IssuerAnalyst | LastPrice | LastPriceSource |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ | ▮ | ▮ | ▮ | ▮ | |
| M | ▮ | ▮ | ▮ | Sale | AVYA | 04/17/20 | Common Stock | -32,000.00 | 8.64 | 276,323.20 | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | | ▮ | | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | ▮ | |







| TradeType | Fund | Portfolio | CTPY | SideCode | Instrument | TradeDate | InstType | Commitment | Price | ExcValue | IssuerAnalyst | LastPrice | LastPriceSource |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮▮ ▮▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮ | | ▮ ▮ | ▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮ | | ▮ ▮ | ▮ | ▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮▮ ▮ | | ▮ ▮ | ▮ | ▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮ | | ▮ ▮ | ▮ | ▮ | | ▮▮▮ | |

| TradeType | Fund | Portfolio | CTPY | SideCode | Instrument | TradeDate | InstType | Commitment | Price | ExcValue | IssuerAnalyst | LastPrice | LastPriceSource |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| █ | █████ | ██████████ | ████████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | ██████ | | █████████ | |
| █ | █████ | ██████████ | ████████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ███████ | ██ | ██ | ████ ████ | | ██ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ████████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ███████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | ██████ | | █████████ | |
| █ | █████ | █████████ | ███████ | ██ | ██ | ████ ████ | | █ ██ | ███ | ████ | | █████████ | |
| █ | █████ | █████████ | ██████ | ██ | ██ | ████ ████ | | ██ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ███████ | ██ | ██ | ████ ████ | | ██ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ██████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | █████ | | █████████ | |
| █ | █████ | █████████ | ████ | ██ | ██ | ████ ████ | | ███ ██ | ███ | ██████ | | █████████ | |
| █ | █████ | █████████ | ████ | ██ | ██ | ████ █████ | | ████ ██ | ███ | ██████ | | █████████ | |
| █ | █████ | █████████ | ████ | ██ | ██ | ████ █████ | | ███ ██ | ███ | ██████ | | █████████ | |



| TradeType | Fund | Portfolio | CTPY | SideCode | Instrument | TradeDate | InstType | Commitment | Price | ExcValue | IssuerAnalyst | LastPrice | LastPriceSource |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮▮ | |



| TradeType | Fund | Portfolio | CTPY | SideCode | Instrument | TradeDate | InstType | Commitment | Price | ExcValue | IssuerAnalyst | LastPrice | LastPriceSource |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | Sale | AVYA | 04/17/20 | Common Stock | -43,000.00 | 8.64 | 371,309.30 | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Powered by 

DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.