PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Debtor and Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO | Adversary Proceeding No.<br><br>21-03000-sgj |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

HOLDCO, LTD.,

                    Defendants.

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that, on January 25, 2021, Highland Capital Management, L.P. (the "Debtor") and CLO Holdco, Ltd. ("CLO Holdco" and together with the Debtor, the "Parties"), executed a *Settlement Agreement* (the "Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**. Pursuant to the terms of the Agreement, the parties agreed, among other things, that (a) the Debtor shall dismiss with prejudice the claims asserted against CLO Holdco in Adversary Proceeding No. 21-03000-sgj, and (b) CLO Holdco's objections to the confirmation of the Debtor's *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1472] is resolved by the Agreement.

[*Remainder of Page Intentionally Left Blank*]

Dated:  January 26, 2021.

| **PACHULSKI STANG ZIEHL & JONES LLP** | **KANE RUSSELL COLEMAN LOGAN PC** |
|---|---|
| */s/ Gregory V. Demo* | */s/ John J. Kane* |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Joseph M. Coleman (TX Bar No. 04566100) |
| Ira D. Kharasch (CA Bar No. 109084) | John J. Kane (TX Bar No. 24066794) |
| John A. Morris (NY Bar No. 2405397) | 901 Main Street, Suite 5200 |
| Gregory V. Demo (NY Bar No. 5371992) | Dallas, TX 75202 |
| 10100 Santa Monica Blvd., 13th Floor | Telephone: (214) 777-4200 |
| Los Angeles, CA 90067 | Facsimile: (214) 777-4299 |
| Telephone: (310) 277-6910 | E-mail:    jcoleman@krcl.com |
| Facsimile: (310) 201-0760 |                  jkane@krcl.com |
| E-mail:    jpomerantz@pszjlaw.com | |
|                  ikharasch@pszjlaw.com | *Attorneys for CLO Holdco, Ltd.* |
|                  jmorris@pszjlaw.com | |
|                  gdemo@pszjlaw.com | |

-and-

**HAYWARD PLLC**

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor and
Debtor-in-Possession*