

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 9, 2021**

_____
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-03000-sgj |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO HOLDCO, LTD, | § | |
| | § | |
| Defendants. | § | |

## <u>AGREED ORDER EXTENDING TEMPORARY RESTRAINING ORDER</u>

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

On January 13, 2021, the Court entered its *Agreed Order Granting Debtor's Motion for a Temporary Restraining Order against Certain Entities Owned and/or Controlled by Mr. James Dondero* [Docket No. 20] (the "TRO") at the request of Highland Capital Management, L.P. (the "Plaintiff"). Capitalized terms used in this Order shall have the meanings ascribed to them in the TRO.[1]

By the signatures of their respective counsel below, the Plaintiff and the Defendants have agreed to the entry of this Order extending the term of the TRO. Finding such agreement to be lawful and appropriate, it is hereby:

**ORDERED** that paragraph 4 of the TRO is deemed deleted and replaced in its entirety with the following new paragraph 4: "This Order shall remain in effect until the earlier of: (a) the entry by this Court of an order on Debtor's motion for a preliminary injunction, the hearing on which has been continued to February 17, 2021; and (b) February 24, 2021 (the earlier of the two foregoing dates, the "TRO Termination Date"); and it is further

**ORDERED** that all other provisions of the TRO shall remain in effect until the TRO Termination Date.

### END OF ORDER ###

---

[2] A sixth defendant, CLO Holdco, Ltd., reached an agreement with the Plaintiff that resolved all issues between that defendant and the Plaintiff raised in this Adversary Proceeding. Accordingly, that defendant is not subject to this Order.

**AGREED AS TO FORM AND SUBSTANCE:**

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-


**HAYWARD PLLC**
*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**-and-**

2

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Davor Rukavina*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.*

DOCS_NY:42248.2 36027/002
4810-9864-7003v.1 019717.00001