PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Case No. 19-34054** |
| § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** § | | **Chapter 11** |
| § | | |
| **Debtor.** § | | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § | | |
| § | | |
| **Plaintiff.** § | | |
| § | | |
| v. § | | |
| § | | **Adversary No. 21-03000** |
| **HIGHLAND CAPITAL MANAGEMENT,** § | | |
| **FUND ADVISORS, L.P., NEXPOINT** § | | |
| **ADVISORS, L.P., HIGHLAND INCOME** § | | |
| **FUND, NEXPOINT STRATEGIC** § | | |
| **OPPORTUNITIES FUND, NEXPOINT** § | | |
| **CAPITAL, INC., AND CLO HOLDCO, LTD.,** § | | |
| § | | |
| **Defendants.** § | | |

**AGREED MOTION FOR CONTINUANCE OF HEARING**

Plaintiff Highland Capital Management, L.P. (the "Debtor") and Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc. (collectively, the "Defendants" and with the Debtor, the "Parties") hereby file this *Agreed Motion for Continuance of Hearing* (the "Motion") requesting that the Court continue the hearing on *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Certain Entities Owned and/or Controlled by Mr. James Dondero* [Docket No. 5] (the "Injunction Motion") from February 17, 2021 at 9:30 a.m. to February 18, 2021 at 2:30 p.m. (Central Time).  In support thereof, the Parties respectfully represent as follows:

1. The Parties respectfully request that the Court continue the hearing on the Injunction Motion from February 17, 2021 to February 18, 2021 starting at 2:30 p.m. (Central Time).

2. Good cause exists for the continuance of the hearing. It was just recently discovered that the February 17 hearing setting conflicts with a prior obligation of Mr. Dondero to be in Family Court for an all-day hearing on his divorce that same day.

3. Given the scheduling conflict, the Parties have agreed to a continuance of the hearing on the Injunction Motion from February 17 to February 18 at 2:30 p.m. (Central Time).

4. This Motion is not sought for delay, but so that justice may be done.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order granting this Motion and providing the Parties such other and further relief to which they may be justly entitled.

Dated: February 11, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**-and-**

**K&L GATES LLP**

Artoush Varshosaz (TX Bar No. 24066234)
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5659
artoush.varshosaz@klgates.com

Stephen G. Topetzes (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
stephen.topetzes@klgates.com

A. Lee Hogewood, III (*pro hac vice*)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, NC 27609
Tel: (919) 743-7306
Lee.hogewood@klgates.com


-and-

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Davor Rukavina*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

*Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund, and NexPoint Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on February 11, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties requesting such service in this Adversary Proceeding.

*/s/ Zachery Z. Annable*
Zachery Z. Annable