

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 11, 2021

_____
_____ United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-34054 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | Chapter 11 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Adversary No. 21-03000 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT STRATEGIC OPPORTUNITIES FUND, NEXPOINT CAPITAL, INC., AND CLO HOLDCO, LTD., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION FOR CONTINUANCE OF HEARING

Having considered the *Agreed Motion for Continuance of Hearing* (the "Motion")[1] filed by the Debtor and Defendants, and the representations of the Parties that they have agreed to the relief requested in the Motion, the Court finds that the Motion is well taken and should be granted as set forth herein. Accordingly, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The hearing on the Injunction Motion is hereby **CONTINUED** from February 17, 2021 at 9:30 a.m. to February 18, 2021 at 2:30 p.m. (Central Time).

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**### END OF ORDER ###**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.