PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., NEXPOINT ADVISORS, L.P., HIGHLAND INCOME FUND, NEXPOINT | § § § § § § § § § § § § | Adversary Proceeding No.<br><br>21-03000-sgj |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

STRATEGIC OPPORTUNITIES FUND,
NEXPOINT CAPITAL, INC., AND CLO
HOLDCO, LTD.,

Defendants.

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing scheduled for **Friday, May 7, 2021 at 9:30 a.m. (Central Time)** (the "Hearing") in the above-captioned adversary proceeding (the "Adversary Proceeding") on the following matters **has been rescheduled to July 13 and July 14 at 9:30 a.m. (Central Time)** (*see* **AP Docket No. 94**):

1. *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction against Certain Entities Owned and/or Controlled by Mr. Dondero* [Docket No. 5] (the "PI Motion"); and

2. *Motion to Dismiss Plaintiff's Complaint* [Docket No. 43] (the "Motion to Dismiss", and collectively with the PI Motion, the "Motions").

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  May 6, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP** |

        Jeffrey N. Pomerantz (CA Bar No. 143717)
        Ira D. Kharasch (CA Bar No. 109084)
        John A. Morris (NY Bar No. 266326)
        Gregory V. Demo (NY Bar No. 5371992)
        Hayley R. Winograd (NY Bar No. 5612569)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        Email: jpomerantz@pszjlaw.com
                ikharasch@pszjlaw.com
                jmorris@pszjlaw.com
                gdemo@pszjlaw.com
                hwinograd@pszjlaw.com

        -and-

        **HAYWARD PLLC**

        */s/ Zachery Z. Annable*
        Melissa S. Hayward
        Texas Bar No. 24044908
        MHayward@HaywardFirm.com
        Zachery Z. Annable
        Texas Bar No. 24053075
        ZAnnable@HaywardFirm.com
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Tel: (972) 755-7100
        Fax: (972) 755-7110

        *Counsel for Highland Capital Management, L.P.*